■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ARRIAGA, Appellant. [933 NYS2d 553]—

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's determinations concerning identification and credibility, including its evaluation of alleged inconsistencies in testimony.

Defendant's challenges to the People's summation are unpreserved (*see People v Romero*, 7 NY3d 911 [2006]), and we decline to review them in the interest of justice. As an alternative holding, we find no basis for reversal (*see People v D'Alessandro*, 184 AD2d 114, 118-119 [1992], *lv denied* 81 NY2d 884 [1993]). To the extent the summation contained any improprieties, the court took curative actions that were sufficient to prevent any prejudice (*see id.*).

Defendant's pro se ineffective assistance of counsel claims are unreviewable on direct appeal because they generally involve matters outside the record concerning counsel's preparation and strategy (*see People v Rivera*, 71 NY2d 705, 709 [1988]; *People v Love*, 57 NY2d 998 [1982]). To the extent the existing record permits review, we find that defendant received effective assistance under the state and federal standards (*see People v Benevento*, 91 NY2d 708, 713-714 [1998]; *see also Strickland v Washington*, 466 US 668 [1984]). We have considered and rejected defendant's remaining pro se claims. Concur—Tom, J.P., Andrias, Catterson, Abdus-Salaam and Román, JJ.